| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SymBio Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-0173093** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
|---|---|

| Street Address of Debtor (No. and Street, City, and State):<br>**1455 Adams Drive**<br>**Menlo Park, CA**    ZIP Code **94025** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP Code |
|---|---|

| County of Residence or of the Principal Place of Business:<br>**San Mateo** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):    ZIP Code | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |
|---|---|

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**SymBio Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

  ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

  ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

          _____

          (Name of landlord that obtained judgment)

          _____

          (Address of landlord)

  ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**SymBio Corporation**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ William C. Lewis, Esq.** _____
Signature of Attorney for Debtor(s)

**William C. Lewis, Esq. 77193**
Printed Name of Attorney for Debtor(s)

**Law Offices of William C. Lewis**
Firm Name

**510 Waverley St.**
**Palo Alto, CA 94301**

_____
Address

**Email: wclewis@williamclewis.com**
**650-322-3300  Fax: 650-327-9720**
Telephone Number

**August 19, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Robert A. Feldman, Ph.D.** _____
Signature of Authorized Individual

**Robert A. Feldman, Ph.D.**
Printed Name of Authorized Individual

**President and CEO**
Title of Authorized Individual

**August 19, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of California

In re   **SymBio Corporation**             ,        Case No. _____

                                      Debtor             Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 7 | 284,714.42 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 441,673.85 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 5 | | 10,235.29 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 864,977.05 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 284,714.42 | | |
| Total Liabilities | | | | 1,316,886.19 | |

# United States Bankruptcy Court
## Northern District of California

In re **SymBio Corporation** ,

Debtor

Case No. _____

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re   **SymBio Corporation**                                      ,     Case No. _____

                                             Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

In re    **SymBio Corporation**         ,    Case No. _____

                           Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account No. 332-6658303 Wells Fargo Bank, N.A. South San Mateo Business Banking Bank Officer Suzanne Nguyen 555 Twin Dolphins Drive, 3rd Floor Redwood City, CA 94065** | - | 500.00 |
| | | **Paypal Account P.O. Box 45950 Omaha, NE 68145** | - | 53.86 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | **rent security deposit** <br><br>**Menlo Business Park, LLC c/o Tarlton Properties, Inc. 955 Alma Street Palo Alto, CA 94301** | - | 12,402.00 |
| | | **security deposit for equipment lease** <br><br>**Puget Sound Leasing Co., Inc. PO Box 1295 Issaquah, WA 98027** | - | 2,568.78 |
| | | **security deposit for equipment lease** <br><br>**Pentech Financial Services, Inc. PO Box 712320 Cincinatti, OH 45271-2320** | - | 2,365.16 |
| | | **security deposit for 2 equipment leases** <br><br>**De Lage Landen, FS 1111 Old Eagle School Rd. Wayne, PA 19087** | - | 31,497.34 |

Sub-Total >     **49,387.14**
(Total of this page)

__6__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

In re **SymBio Corporation**
_____,     Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | security deposit for equipment lease | - | 2,109.54 |
| | | **US Bank Manifest Funding**<br>**1450 Channel Parkway**<br>**Marshall, MN 56258** | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Sub-Total >     2,109.54
(Total of this page)

Sheet __1__ of __6__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                              Best Case Bankruptcy

In re    **SymBio Corporation**                      ,    Case No. _____

_____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | invoice #373 (7/20/09) $5,000.00 invoice #380 (8/7/09) $1,057.54 **Genomac International, s.r.o.** **Attn: Marek Minarik** **Hostalkova 42** **CZ-169 00 Prague 6** **Czech Republic** | - | 6,057.54 |
| | | invoice # 358 (5/28/09) **Evolutionary Genomics** **Attn: Ginny Orndorff** **1376 Miners Drive** **Lafayette, CO 80026** | - | 31,000.00 |
| | | balance owed on invoice #311 (7/10/08) **Windsor Pond Associates** **Attn: Yakov Kogan** **73 High Street** **Buffalo, NY 14213** | - | 10,625.20 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      47,682.74

(Total of this page)

Sheet   __2__   of   __6__   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re    **SymBio Corporation**                                   ,     Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **HP 4000 printer**<br>**Location: 1455 Adams Drive, Menlo Park CA** | - | 100.00 |
| | | **HP Laser Jet 8100 Printer**<br>**Location: 1455 Adams Drive, Menlo Park CA** | - | 500.00 |
| | | **Dell Optiplex 745 computer**<br>**Location: 1455 Adams Drive, Menlo Park CA** | - | 100.00 |
| | | **Dell Diminsion 9100 computer**<br>**Location: 1455 Adams Drive, Menlo Park CA** | - | 100.00 |
| | | **Dell Precision 610 computer**<br>**Location: 1455 Adams Drive, Menlo Park CA** | - | 50.00 |
| | | **Dell Dimension 4700 computer**<br>**Location: 1455 Adams Drive, Menlo Park CA** | - | 100.00 |
| | | **Dell Dimension 380 computer**<br>**Location: 1455 Adams Drive, Menlo Park CA** | - | 100.00 |
| | | **Dell Poweredge 2400 ($200); Dell Poweredge 2600 ($300.00); Dell Poweredge 2900 ($2,000.00)**<br>**Location: 1455 Adams Drive, Menlo Park CA** | - | 2,500.00 |

                                       Sub-Total >      **3,550.00**
                                       (Total of this page)

Sheet  __3__  of  __6__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

In re   **SymBio Corporation**                                         Case No. _____

                                               Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | two Dell Optiplex GX 400 computers ($50 each) Location: 1455 Adams Drive, Menlo Park CA | - | 100.00 |
| | | misc. computer keyboards, computer mice, cables Location: 1455 Adams Drive, Menlo Park CA | - | 100.00 |
| | | Buffalo Terrastation data storage unit Location: 1455 Adams Drive, Menlo Park CA | - | 200.00 |
| | | six computer monitors (old models) Location: 1455 Adams Drive, Menlo Park CA | - | 180.00 |
| | | Sony Multiscan 520GS Location: 1455 Adams Drive, Menlo Park CA | - | 10.00 |
| | | 2 SAG harddrives ($50 each) Location: 1455 Adams Drive, Menlo Park CA | - | 100.00 |
| | | Dell Inspiron B130 computer Location: 1455 Adams Drive, Menlo Park CA | - | 150.00 |
| | | Dell Dimension 9200 computer Location: 1455 Adams Drive, Menlo Park CA | - | 100.00 |
| | | Quantam snap server Location: 1455 Adams Drive, Menlo Park CA | - | 200.00 |
| | | four steel wire shelving units Location: 1455 Adams Drive, Menlo Park CA | - | 300.00 |
| | | 6 lab tables Location: 1455 Adams Drive, Menlo Park CA | - | 300.00 |
| | | Dell Optiplex GX110 accounting computer Location: 1455 Adams Drive, Menlo Park CA | - | 20.00 |
| | | Canon Office fax machine Location: 1455 Adams Drive, Menlo Park CA | - | 50.00 |
| | | assorted office supplies (rulers, scissors, writing instruments, paper supplies, wall clocks) Location: 1455 Adams Drive, Menlo Park CA | - | 50.00 |
| | | media and reagents for lab work Location: 1455 Adams Drive, Menlo Park CA | - | 200.00 |
| | | lab consumables (gloves, tips, tubes, plates) Location: 1455 Adams Drive, Menlo Park CA | - | 150.00 |

| | | |
|---|---|---|
| | Sub-Total > | 2,210.00 |
| | (Total of this page) | |

Sheet   **4**   of   **6**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

In re **SymBio Corporation** _____ , Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **lab robot (CCS Packard Multi Probe II & Minitrak System and accessories)** Location: 1455 Adams Drive, Menlo Park CA | - | 500.00 |
| | | **DNA sequencing robot (Amersham Biosciences CV5 (MB 5000 prototype) and accessories** Location: 1455 Adams Drive, Menlo Park CA | - | 1,000.00 |
| | | **Liquid transfer robot and accessories (Robbins Scientific Tango Handling System, Wash System, Plate Stacker)** Location: 1455 Adams Drive, Menlo Park CA | - | 4,000.00 |
| | | **DNA sequencing instrument (Applied Biosystems 3700 DNA Analyzer)** Location: 1455 Adams Drive, Menlo Park CA | - | 500.00 |
| | | **tool kit with assorted small tools (screw drivers, wrenches, Allen wrench sets, pliers, vice grip pliers, forceps)** Location: 1455 Adams Drive, Menlo Park CA | - | 1,000.00 |
| | | **2 ABI 3730xl DNA sequencing instruments and accessories ($80,000 each and both leased from De lage Landon)** Location: 1455 Adams Drive, Menlo Park CA | - | 160,000.00 |
| | | **MegaBACE 4000 and accessories (computer, power supply); leased from U.S. Bank Manifest Funding Services** Location: 1455 Adams Drive, Menlo Park CA | - | 4,000.00 |

Sub-Total >                171,000.00
(Total of this page)

Sheet __5__ of __6__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **SymBio Corporation** _____,   Case No. _____

                                       Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **MegaBACE 4000 and accessories (computer, power supply); leased from Puget Sound Leasing Co.** <br> **Location: 1455 Adams Drive, Menlo Park CA** | - | 4,000.00 |
| | | **MegaBACE 4000 and accessories (computer, power supply); leased from Pentech Financial Services, Inc.** <br> **Location: 1455 Adams Drive, Menlo Park CA** | - | 4,000.00 |
| | | **3 VWR freezers ($100 each)** <br> **Location: 1455 Adams Drive, Menlo Park CA** | - | 300.00 |
| | | **Gibson freezer/fridge upright** <br> **Location: 1455 Adams Drive, Menlo Park CA** | - | 25.00 |
| | | **Delicase 4C cooler** <br> **Location: 1455 Adams Drive, Menlo Park CA** | - | 200.00 |
| | | **25 steel freezer racks** <br> **Location: 1455 Adams Drive, Menlo Park CA** | - | 250.00 |

|  |  |
|---|---|
| Sub-Total > <br> (Total of this page) | 8,775.00 |
| Total > | 284,714.42 |

Sheet __6__ of __6__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

In re **SymBio Corporation** , Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. <br><br> De Lage Landen, FS <br> 1111 Old Eagle School Rd. <br> Wayne, PA 19087 | | | | | security deposit for 2 equipment leases was $31,497.34; approximate market value of leased property in Debtor's possession is $160,000.00. <br> claim amount does not include late fees | | | | | |
| | | | | | Value $ 31,497.34 | | | | 318,591.75 | 287,094.41 |
| Account No. <br><br> Menlo Business Park, LLC <br> c/o Tarlton Properties <br> 955 Alma Street <br> Palo Alto, CA 94301 | | | | | rent security deposit <br><br> Landlord's Three Day Notice, dated August 12, 2009, stated that the balance due was $39,448.50. | | | | | |
| | | | | | Value $ 12,402.00 | | | | 50,536.70 | 38,134.70 |
| Account No. <br><br> Pentech Financial Services, Inc. <br> PO Box 712320 <br> Cincinnati, OH 45271-2320 | X | - | | | security deposit for equipment lease was $2,365.16.  Approximate market value of the leased property in Debtor's possession is $4,000.00. <br> claim amount does not include late fees. | | | | | |
| | | | | | Value $ 2,365.16 | | | | 23,469.67 | 21,104.51 |
| Account No. <br><br> Puget Sound Leasing Co., Inc. <br> PO Box 1295 <br> Issaquah, WA 98027 | X | - | | | security deposit for equipment lease was $2,568.78; approximate market value of leased property in Debtor's possession is $4,000.00.  claim amount does not include late fees. | | | | | |
| | | | | | Value $ 2,568.78 | | | | 25,570.56 | 23,001.78 |

__1__ continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| 418,168.68 | 369,335.40 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **SymBio Corporation** ,                              Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **US Bank Manifest Funding 1450 Channel Parkway Marshall, MN 56258** | X | - | **security deposit for equipment lease was $2,109.54; The approximate market value of the leased equipment in Debtor's possession is $4,000.00. claim amount does not include late fees.**<br><br>Value $ **2,109.54** | | | | **23,505.17** | **21,395.63** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **23,505.17** | **21,395.63** |
| Total (Report on Summary of Schedules) | **441,673.85** | **390,731.03** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

.

In re  **SymBio Corporation**                                          Case No. _____
_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4**_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **SymBio Corporation** , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx7992**<br><br>**Board of Equalization**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279-8056** | - | | | **04/2009-06/2009**<br><br>**Sales Tax resale tax.** | | | | **3,018.00** | **0.00**<br><br>**3,018.00** |
| Account No.<br><br>**Additional Notice Party:**<br>**Board of Equalization** | | | | **Brian Heffernan**<br>**Business Tax Representative**<br>**State Board of Equalization**<br>**121 Spear St., Suite 460**<br>**San Francisco, CA 94105** | | | | | |
| Account No.<br><br>**CA-Attorney General**<br>**1300 I Street**<br>**Sacramento, CA 95814** | - | | | **For notice only** | | | | **Unknown** | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**CA-Board of Equalization**<br>**Attn: Collection Unit Mic 29**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0001** | - | | | **For notice only** | | | | **Unknown** | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**CA-Dept of Motor Vehicles**<br>**PO Box 932382**<br>**Sacramento, CA 94244-3820** | - | | | **For notice only** | | | | **Unknown** | **Unknown**<br><br>**Unknown** |

Sheet __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | **0.00** |
| (Total of this page) | **3,018.00** | **3,018.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __SymBio Corporation_____,   Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CA-EDD Bankruptcy Special Procedures Group Mic 92-E PO Box 826900 Sacramento, CA 94280-0001** | - | | For notice only | | | | Unknown | Unknown / Unknown |
| Account No.<br><br>**CA-Franchise Tax Board Bankruptcy Unit MS G-11 PO Box 2952 Sacramento, CA 95812-2952** | - | | For notice only | | | | Unknown | Unknown / Unknown |
| Account No. **xxxx42-01-N**<br><br>**Lee Buffington Tax Collector San Mateo County 555 County Center, 1st Floor Redwood City, CA 94063** | - | | 07/10/2009<br><br>**Property Tax San Mateo County unsecured property tax statement** | | | | 7,217.29 | 0.00 / 7,217.29 |
| Account No.<br><br>**San Mateo County Assessor 555 County Center, 3rd Floor Redwood City, CA 94063** | - | | For notice only | | | | Unknown | Unknown / Unknown |
| Account No.<br><br>**US-Attorney 650 Capital Mall #3305 Sacramento, CA 95814** | - | | For notice only | | | | Unknown | Unknown / Unknown |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 7,217.29 | 0.00 / 7,217.29 |

In re   **SymBio Corporation**                                                          ,      Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | For notice only | | | | | |
| **US-Attorney General Dept. of Justice Tax Div Main Justice Building 10th St. & Constitution Ave. NW Washington, DC 20530** | - | | | | | | Unknown | **Unknown** Unknown |
| Account No. | | | For notice only | | | | | |
| **US-Attorney Tax Division 450 Golden Gate Ave 10th Fl PO Box 36055 San Francisco, CA 94102** | - | | | | | | Unknown | **Unknown** Unknown |
| Account No. | | | For notice only | | | | | |
| **US-Department of Justice 950 Pennsylvania Avenue NW Washington, DC 20530-0001** | - | | | | | | Unknown | **Unknown** Unknown |
| Account No. | | | For notice only | | | | | |
| **US-Dept. of Justice Attorney General Civil Trial Section - Western Region P.O. Box 683 Ben Franklin Station Washington, DC 20044** | - | | | | | | Unknown | **Unknown** Unknown |
| Account No. | | | For notice only | | | | | |
| **US-IRS PO Box 21126 Stop N781 Philadelphia, PA 19114** | - | | | | | | Unknown | **Unknown** Unknown |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

0.00          0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **SymBio Corporation**              Case No. _____

                                 ,

                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | For notice only | | | | | | |
| **US-IRS District Director 450 Golden Gate Ave PO Box 36030 San Francisco, CA 94102** | - | | | | | | Unknown | | Unknown |
| Account No. | | | For notice only | | | | | | |
| **US-IRS Special Procedures Function 450 Golden Gate Ave PO Box 36086 San Francisco, CA 94102** | - | | | | | | Unknown | | Unknown |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 10,235.29 | 10,235.29 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

In re   **SymBio Corporation**                                 ,    Case No. _____

                                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor has no creditors with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Advanced Chemical Transport, Inc** <br>**1210 Elko Drive** <br>**Sunnyvale, CA 94089-2210** | - | | | **7/31/09** <br>**Supply drop off, labor technician delivery of twelve 38 gallon bio bins** | | | | **55.00** |
| Account No. <br><br>**Advanced Chemical Transport, Inc.** <br>**1210 Elko Drive** <br>**Sunnyvale, CA 94089-2210** | - | | | **trade debt** | | | | **Unknown** |
| Account No. <br><br>**AeroTek** <br>**Attn: Lock Box 198531** <br>**Power Shippers #222390818** <br>**College Park, GA 30349** | - | | | **trade debt** | | | | **3,762.02** |
| Account No. <br><br>**Additional Notice Party:** <br>**AeroTek** | | | | **Aerotek Inc.** <br>**3689 Collection Ctr. Dr.** <br>**Chicago, IL 60693** | | | | |
| __10__ continuation sheets attached | | | | Subtotal <br>(Total of this page) | | | | **3,817.02** |

In re **SymBio Corporation** _____ ,     Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Alec Manoukian** <br> **PO Box 60282** <br> **Sunnyvale, CA 94088** | | - | | **July-Dec. 2008** <br> **IT and computer consulting** | | | | **575.00** |
| Account No. **Invoice number xxxx5380** <br><br> **Applied Biosystems** <br> **850 Lincoln Center Drive** <br> **Foster City, CA 94404** | | - | | **04/24/2009** <br> **Reagents for DNA sequencing** | | | | **102,426.25** |
| Account No. <br><br> **Additional Notice Party:** <br> **Applied Biosystems** | | | | **Applied Biosystems** <br> **PO Box 88976** <br> **Chicago, IL 60695-1976** | | | | |
| Account No. <br><br> **AT&T** <br> **Payment Center** <br> **Sacramento, CA 95887-0001** | | - | | **June-July 2009** | | | | **189.49** |
| Account No. <br><br> **Avantome** <br> **2682 Middlefield Road** <br> **Suite 1** <br> **Redwood City, CA 94063** | | - | | **06/2008** <br> **DNA service work** | | | | **6,250.00** |

Sheet no. __1__ of __10__ sheets attached to Schedule of             Subtotal          | **109,440.74**
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

In re **SymBio Corporation**                                ,     Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx4424**<br><br>**Bank of America - Business Card**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** | X | - | **Credit Card** | | | | 9,756.45 |
| Account No. **Invoice number 3562**<br><br>**C. P. Construction**<br>**Div. of C. P. Enterprisess, Inc.**<br>**6662 Mayhews Landing Road**<br>**Newark, CA 94560** | | - | **06/24/2009**<br>**Installation of two sets of cylinder rack holders** | | | | 225.00 |
| Account No.<br><br>**Chris Detter**<br>**3604 Arizona Ave**<br>**Los Alamos, NM 87544** | | - | **2007, 2008**<br>**DNA library service work** | | | | 12,000.00 |
| Account No.<br><br>**City of Menlo Park**<br>**701 Laurel Street**<br>**Menlo Park, CA 94025-3483** | | - | **01/01/2009-12/31/2009**<br>**city business license** | | | | 596.50 |
| Account No.<br><br>**Codexis, Inc.**<br>**Attn: Douglas T. Sheehy**<br>**200 Penobscot Drive**<br>**Redwood City, CA 94063** | | - | **Contract for services by Debtor for Codexis.**<br>**Total contract amount is $51,250.00** | X | X | X | 51,250.00 |

Sheet no. __2___ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
                       (Total of this page)     **73,827.95**

In re **SymBio Corporation**                                                    ,                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx6259** <br><br> **Covad** <br> **2220 O'Toole Ave.** <br> **Attn: Finance/Billing** <br> **San Jose, CA 95131** | - | | **07/01/2009-08/31/2009** <br> **Internet service provider** | | | | 889.43 |
| Account No. <br><br> **Denali Ventures LLC** <br> **1524 Centre Pointe Drive** <br> **Milpitas, CA 95035** | - | | **02/17/2009** | | | | 8,660.00 |
| Account No. <br><br> **DLA Piper LLP (US)** <br> **2000 University Avenue** <br> **East Palo Alto, CA 94303-2248** | - | | **Legal services** | | | | 4,738.00 |
| Account No. <br><br> **Additional Notice Party:** <br> **DLA Piper LLP (US)** | | | **DLA Piper LLP (US)** <br> **PO Box 64029** <br> **Baltimore, MD 21264-4029** | | | | |
| Account No. <br><br> **DNA 2.0 Inc.** <br> **1430 O'Brien Drive** <br> **Suite E** <br> **Menlo Park, CA 94025** | - | | **04/10/2009-07/07/2009** <br> **trade debt** | | | | 21,786.19 |

Sheet no. __3___ of __10__ sheets attached to Schedule of            Subtotal

Creditors Holding Unsecured Nonpriority Claims         (Total of this page)     **36,073.62**

In re **SymBio Corporation** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx4116** <br><br> **E & K Scientific Products, Inc.** <br> **3575 Thomas Road** <br> **Santa Clara, CA 95054-2040** | | - | Lab supplies | | | | 3,090.90 |
| Account No. **xxx9135** <br><br> **Eurofins MWG  Operon** <br> **2211 Seminole Drive** <br> **Huntsville, AL 35805** | | - | DNA primers | | | | 299.92 |
| Account No. <br><br> **Additional Notice Party:** <br> **Eurofins MWG  Operon** | | | **Eurofins MWG Operon** <br> **13489 Collections Center** <br> **Chicago, IL 60693** | | | | |
| Account No. <br><br> **Gary B. Nunn** <br> **7545 La Jolla Blvd.** <br> **La Jolla, CA 92037** | | - | 03/02/2009 <br> Loan made to SymBio Corporation | | | | 50,000.00 |
| Account No. **x3009** <br><br> **GE HealthCare Bio-Science Corp** <br> **800 Centennial Ave** <br> **PO Box 1327** <br> **Piscataway, NJ 08855** | | - | 11/01/2007 <br> Templiphi-10000 reaction kit | | | | 31,637.00 |

Sheet no. __4__ of __10__ sheets attached to Schedule of      Subtotal
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)          85,027.82

In re **SymBio Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Consulting services | | | | |
| Genome Project Solutions Attn: Jeffrey Boore, CEO 1024 Promenade Street Hercules, CA 94547 | - | | | | | | | | 20,000.00 |
| Account No. | | | | | 01/05/2004, 02/03/2004, 02/18/2004, 10/27/2008, 01/22/2009, 01/23/2009, 01/23/20 Loans made to SymBio Corporation | | | | |
| Gerard Deckert 241 S. Sierra Ave Solana Beach, CA 92075 | - | | | | | | | | 130,000.00 |
| Account No. | | | | | 7/14/06-5/16/08 trade debt | | | | |
| Global Solutions for Infectious Diseases 830 Dubuque Avenue South San Francisco, CA 94080 | - | | | | | | | X | 35,437.50 |
| Account No. | | | | | legal services | | | | |
| Heller Erhman File No 73536 P O Box 60000 San Francisco, CA 94160-3536 | - | | | | | | | | Unknown |
| Account No. | | | | | 12/26/2003, 12/27/05, 10/01/08 Loans made to SymBio Corporation | | | | |
| Ina Feldman 128 Emerson Drive Schaumburg, IL 60194 | - | | | | | | | | 51,000.00 |

Sheet no. __5__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

236,437.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __SymBio Corporation__ _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Lab supplies | | | | |
| **Invitrogen** c/o Bank of America 12088 Collection Center Dr. Chicago, IL 60693 | - | | | | | | 845.43 |
| Account No. | | | 03/16/2009 Lab supplies | | | | |
| **ISC BioExpress** PO Box 511091 Salt Lake City, UT 84151-1091 | - | | | | | | 289.03 |
| Account No. | | | 07/01/2009 DNA sequencing service on 454 platform | | | | |
| **Kansas State University** Dept of Plant Pathology 4024 Throckmorton Plant Sciences Center Manhattan, KS 66506-5502 | - | | | | | | 13,380.00 |
| Account No. | | | 02/18/2009 Loan made to SymBio Corporation | | | | |
| **LaVonne Young** 1450 College Ave Palo Alto, CA 94306 | - | | | | | | 15,000.00 |
| Account No. | | | DNA cloning and library construction services. | | | | |
| **Panorama Research Inc.** 1230 Bordeaux Dr. Sunnyvale, CA 94089 | - | | | | | | 6,750.00 |

Sheet no. __6__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  36,264.46

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __SymBio Corporation__ _____,  Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Additional Notice Party:**<br>**Panorama Research Inc.** | | | | **Panorama Research, Inc.**<br>**2462 Wyandotte St.**<br>**Mountain View, CA 94043** | | | | |
| Account No. <br><br>**Additional Notice Party:**<br>**Panorama Research Inc.** | | | | **Vikram Sharma**<br>**20 Midcrest Way**<br>**San Francisco, CA 94131** | | | | |
| Account No. **DM586**<br><br>**Praxair Distribution Inc**<br>**Dept LA 21511**<br>**Pasadena, CA 91185-1511** | - | | | 06/26/2009, 07/31/2009<br>**high pressure bottles** | | | | 363.10 |
| Account No. **xx2773**<br><br>**Promega**<br>**2800 Woods Hollow Road**<br>**Madison, WI 53711-5399** | - | | | 07/09/2009<br>**Wizard plasmid purification system** | | | | 463.22 |
| Account No. <br><br>**Additional Notice Party:**<br>**Promega** | | | | **Promega**<br>**PO Box 689768**<br>**Milwaukee, WI 53268-9768** | | | | |

Sheet no. __7__ of __10__ sheets attached to Schedule of  Creditors Holding Unsecured Nonpriority Claims

Subtotal  (Total of this page)     826.32

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **SymBio Corporation** _____, Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x3811**<br><br>Qiagen, Inc.<br>27220 Turnberry Lane<br>Suite 200<br>Valencia, CA 91355-1005 | - | | 06/30/2009, 07/09/2009<br>Qiaquick purification kit QIA prep 96 turbo kit | | | | 1,239.38 |
| Account No.<br><br>Additional Notice Party:<br>Qiagen, Inc. | | | Qiagen, Inc.<br>File No. 54370<br>Los Angeles, CA 90074-4370 | | | | |
| Account No.<br><br>Robert A. Feldman<br>319 Cabrillo Ave.<br>Santa Cruz, CA 95065 | - | | 12/01/2003 - 04/08/2009<br>Loans made to SymBio Corporation | | | | 118,397.09 |
| Account No.<br><br>Roseryan<br>35473 Dumbarton Court<br>Newark, CA 94560 | - | | 07/2009-08/2009<br>bookkeeping services | | | | 20,081.25 |
| Account No.<br><br>Sanjay Israni<br>570 Avocet #8208<br>Redwood City, CA 94065 | - | | 2005-2009<br>Misc. purchases | | | | 1,000.00 |

Sheet no. __8__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

140,717.72

In re **SymBio Corporation** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SeqGen, Inc.**<br>**1725 Del Amo Blvd.**<br>**Torrance, CA 90501** | - | | **ABI 3730xl service laser replacement** | | | | 2,100.00 |
| Account No.<br><br>**Solazyme, Inc.**<br>**561 Eccles Avenue**<br>**South San Francisco, CA 94080** | - | | **3/2009**<br>**project cancellation; balance due per repayment schedule** | | | | 46,150.00 |
| Account No.<br><br>**Teknova,Inc.**<br>**2290 Bert Court**<br>**Hollister, CA 95023** | - | | **04/24/2009, 05/14/2009**<br>**Lab media and supplies** | | | | 1,252.52 |
| Account No.<br><br>**The Hartford**<br>**P O Box 2907**<br>**Hartford, CT 06104-2907** | - | | **insurance contract for equipment, worker liability, and general facilities** | | | | Unknown |
| Account No. **xxx5093**<br><br>**ThermoFisher Scientific**<br>**Matrix Technologies, LLC**<br>**22 Friars Drive**<br>**Hudson, NH 03051** | - | | **07/30/2008**<br>**Tango head** | | | | 2,800.00 |

Sheet no. __9__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 52,302.52 |

In re **SymBio Corporation**                                              Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Additional Notice Party: <br>**ThermoFisher Scientific** | | | **Matrix Technologies Corp** <br>**2299 Collections Center Drive** <br>**Chicago, IL 60693** | | | | |
| Account No. <br><br> Additional Notice Party: <br>**ThermoFisher Scientific** | | | **ThermoFisher Scientific** <br>**2299 Collections Center Drive** <br>**Chicago, IL 60693** | | | | |
| Account No. xxxxxxxxxxx2171 <br><br> **Wells Fargo Business Direct** <br>**P.O. Box 348750** <br>**Sacramento, CA 95834** | X | - | **2004-2009** <br>**Wells Fargo Business Line of Credit** | | | | 55,284.70 |
| Account No. xxxxxxxxxxx4656 <br><br> **WellsFargo Business Card Visa** <br>**WF Business Direct** <br>**P.O. Box 348750** <br>**Sacramento, CA 95834** | X | - | **2003-2009** <br>**Wells Fargo Business Visa card** | | | | 34,956.68 |
| Account No. <br><br> Additional Notice Party: <br>**WellsFargo Business Card Visa** | | | **Payment Remittance Center** <br>**PO Box 54349** <br>**Los Angeles, CA 90054-0349** | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    90,241.38

Total
(Report on Summary of Schedules)         864,977.05

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re   **SymBio Corporation**                                     ,     Case No. _____

                                       Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Adimab, Inc.**<br>**Attn: Errik Anderson**<br>**VP Operations and Finance**<br>**16 Cavendish Ct.**<br>**Lebanon, NH 03766** | **Contract signed on 06/17/2008 for DNA sequencing service. Total contract value is $19,250.** |
| **Bayfront Fitness**<br>**161 Constitution Drive**<br>**Menlo Park, CA 94025** | **Debtor is Lessee on contract for month-to-month gym membership. $55 per month.** |
| **Centers for Disease Control &Prevention**<br>**Procurement and Grants Office**<br>**Acquisition & Assistance Branch B**<br>**2920 Brandywine Road**<br>**Atlanta, GA 30341-5539** | **Government Contract for services to be performed by SymBio. Contract #200-2009-M-29753, signed 06/09/2009. The total contract amount is $12,000.00** |
| **Codexis, Inc.**<br>**Attn: Douglas T. Sheehy**<br>**200 Penobscot Drive**<br>**Redwood City, CA 94063** | **Contract, signed 4/23/09, for services by SymBio for Codexis. The total contract amount is $51,250.00** |
| **DeLage Landen**<br>**PO Box 41602**<br>**Philadelphia, PA 19101-1601** | **Debtor is Lessee on Lease 24836393. The lease is for two instruments: 1. ABI3730xl, serial number 19134-006, install date 07/10/2007 2. ABI3730xl, serial number 19134-010, install date 07/10/2007** |
| **Menlo Business Park, LLC**<br>**c/o Tarlton Properties**<br>**955 Alma Street**<br>**Palo Alto, CA 94301** | **Month-to-month lease for lab and office space at 1455 Adams Drive, Menlo Park, CA 94025** |
| **Microchip Biotechnologies Inc.**<br>**Stevan Jovanovich**<br>**6693 Sierra Lane, Suite F**<br>**Dublin, CA 94568-2663** | **Contract, signed 5/13/09, for custom DNA laboratory work whereby SymBio performed for Microchip Biotechnologies. Total contract amount paid by Microchip Biotechnologies is $29,687.50.** |
| **Nova Southeastern University**<br>**Office of Grants and Contracts**<br>**Nova Southeastern University**<br>**3301 College Ave**<br>**Fort Lauderdale, FL 33314** | **Contract # UF07122, signed 06/06/2008. Florida seagrant subcontract awarded through Nova Southeastern University to SymBio. The total contract award to SymBio is $26,000.** |
| **Pentech Financial**<br>**PO Box 712320**<br>**Cinncinnati, OH 45271-2320** | **Lease for equipment (MegaBACE 4000 and accessories (computer, power supply)** |

**2**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re **SymBio Corporation** , Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Puget Sound Leasing Company**<br>**PO Box 1295**<br>**Issaquah, WA 98027-1295** | **Debtor is Lessee on Lease 001-0029034-000 for Amersham MegaBace 4000** |
| **Research Corp. of Univ. of Hawaii**<br>**2800 Woodlawn Drive**<br>**Suite 200**<br>**Honolulu, HI 96822** | **Contract REAP Award OIA-0554657, signed 03/25/2008. Total contract size and amount paid to SymBio $19,875.00.** |
| **Research Corp. of Univ. of Hawaii**<br>**2800 Woodlawn Drive**<br>**Suite 200**<br>**Honolulu, HI 96822** | **Contract, PO# Z866394, signed 06/16/2008 for sequencing 1000 cDNA clones and performing bioinformatic analyses for the Ohia Tree. Total contract size and amount paid to SymBio: $2,495.00.** |
| **SRI International**<br>**Attn: Mary Morgante**<br>**333 Ravenswood Ave.**<br>**Menlo Park, CA 94025** | **Contract 51-001084, signed 04/24/2009. Custom lab work perfomed by SymBio for Andrew Bergen's group. Total contract size and amount paid to SymBio by SRI: $29,224.00.** |
| **SwitchGear Genomics**<br>**1455 Adams Drive**<br>**Menlo Park, CA 94025** | **Contract signed 11/14/2008. DNA sequencing contract services whereby SymBio performs lab work and bioinformatics analyses. Total contract size: $206,668.80.** |
| **The Hartford**<br>**P O Box 2907**<br>**Hartford, CT 06104-2907** | **Insurance contract for equipment, worker liability, and general facilities** |
| **The University of Georgia**<br>**Procurement Office**<br>**424 East Broad Street**<br>**Athens, GA 30602-4223** | **Contract #190519, signed 11/24/2008. Contract for SymBio to perform service work on library construction and DNA sequencing and bioinformatics on 12 libraries. Total contract price: $66,840.00. SymBio gave a 2% discount for early payment and recieved $65,503.20.** |
| **The University of Georgia**<br>**Procurement Office**<br>**424 East Broad Street**<br>**Athens, GA 30602-4223** | **Contract 0933579, signed 06/22/2009. Contract for SymBio to perform service work on library construction and DNA sequencing and bioinformatics on 13 libraries. Total contract price: $72,410.00. SymBio gave a 2% discount for early payment and recieved $70,961.80.** |
| **The University of Iowa**<br>**2 Gilmore Hall**<br>**Iowa City, IA 52242** | **Government Contract 1000552956; signed 04/10/2009; expires 09/30/2009. Subaward of an NSF grant from Univ. of Iowa to Symbio. Total amount of award and amount paid: $31,100.26.** |
| **U.S. Bank Manifest Funding Services**<br>**1450 Channel Parkway**<br>**Marshall, MN 56258** | **Debtor is Lessee on Lease 600-0049430-000 Lease: Amersham 4000 instrument** |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __**SymBio Corporation**_____,     Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **UNAM**<br>**Svetlana Shishkova**<br>**Instituto de Biotecnologia**<br>**Av. Universidad 2001, Col. Chamilpa**<br>**CP 62210, Cuernavaca, MX 04510** | **Contract signed 11/03/2008 for Cactus cDNA sequencing project. Total paid by UNAM to SymBio: $4500.00.** |
| **Univ. of Hull**<br>**J. Miller**<br>**Cottingham Road**<br>**Hull, HU6 7RX**<br>**Hull, United Kingdom** | **Contract signed on 11/17/2008 for DNA sequencing work. Total paid $3758.40** |
| **University of California Berkeley**<br>**Sponsored Projects Office**<br>**2151 Shattuck Avenue, Suite 313**<br>**Mail Code 5940**<br>**Berkeley, CA 94720-5940** | **Government Contract SA5666, signed 08/09/2007. This is a subcontract from NSF through UCBerkeley. The total contract amount was $315,513.** |

Sheet __**2**__ of __**2**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **SymBio Corporation**                               ,    Case No. _____

                                   Debtor

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Robert A. Feldman**<br>**319 Cabrillo Avenue**<br>**Santa Cruz, CA 95065** | **Wells Fargo Business Direct**<br>**P.O. Box 348750**<br>**Sacramento, CA 95834** |
| **Robert A. Feldman**<br>**319 Cabrillo Avenue**<br>**Santa Cruz, CA 95065** | **WellsFargo Business Card Visa**<br>**WF Business Direct**<br>**P.O. Box 348750**<br>**Sacramento, CA 95834** |
| **Robert A. Feldman**<br>**319 Cabrillo Avenue**<br>**Santa Cruz, CA 95065** | **Pentech Financial Services, Inc.**<br>**PO Box 712320**<br>**Cincinnati, OH 45271-2320**<br>  **equipment lease** |
| **Robert A. Feldman**<br>**319 Cabrillo Avenue**<br>**Santa Cruz, CA 95065** | **Puget Sound Leasing Co., Inc.**<br>**PO Box 1295**<br>**Issaquah, WA 98027**<br>  **equipment lease** |
| **Robert A. Feldman**<br>**319 Cabrillo Avenue**<br>**Santa Cruz, CA 95065** | **US Bank Manifest Funding**<br>**1450 Channel Parkway**<br>**Marshall, MN 56258**<br>  **equipment lease** |
| **Robert A. Feldman**<br>**319 Cabrillo Avenue**<br>**Santa Cruz, CA 95065** | **Bank of America - Business Card**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** |

**0**
____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Northern District of California

In re __SymBio Corporation__        Case No. _____
                                     Debtor(s)      Chapter    __7__ _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President and CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __32__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __August 19, 2009__            Signature    __/s/ Robert A. Feldman, Ph.D.__ _____
                                                          **Robert A. Feldman, Ph.D.**
                                                          **President and CEO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re  **SymBio Corporation**                                    Case No. _____

                                              Debtor(s)          Chapter       **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$434,756.80** | **2009 income from operation of business** |
| **$1,291,603.83** | **2008 income from operation of business** |
| **$929,267.05** | **2007 income from operation of business** |

**2. Income other than from employment or operation of business**

None
■    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
■    *Complete a. or b., as appropriate, and c.*

    a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
□    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **State Board of Equalization**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279-8056** | 08/05/09 | $4,000.00 | $3,018.00 |
| **Covad**<br>**2220 O'Toole Ave.**<br>**Attn:  Finance/Billing**<br>**San Jose, CA 95131** | 08/03/09 | $299.43 | $889.43 |
| **Pentech Financial Services, Inc.**<br>**PO Box 712320**<br>**Cincinnati, OH 45271-2320** | 08/03/09 | $1,182.58 | $23,469.67 |
| **Trinet**<br>**1100 San Leandro Blvd.**<br>**Suite 300**<br>**San Leandro, CA 94577** | 08/03/09 | $9,147.93 | $0.00 |
| **Trinet**<br>**1100 San Leandro Blvd.**<br>**Suite 300**<br>**San Leandro, CA 94577** | 07/31/09 | $2,840.79 | $0.00 |
| **Wells Fargo** | 07/28/09<br>**service charge** | $29.00 | $0.00 |
| **Trinet**<br>**1100 San Leandro Blvd.**<br>**Suite 300**<br>**San Leandro, CA 94577** | 07/27/09 | $1,914.43 | $0.00 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Applied Biosystems** <br> **850 Lincoln Center Drive** <br> **Foster City, CA 94404** | **07/20/09** | **$1,000.00** | **$102,426.25** |
| **Wells Fargo** | **07/20/09** <br> **service charge** | **$64.78** | **$0.00** |
| **Vikram Sharma** <br> **20 Midcrest Way** <br> **San Francisco, CA 94131** | **07/16/09** | **$2,500.00** | **$6,750.00** |
| **Wells Fargo Business Direct** <br> **P.O. Box 348750** <br> **Sacramento, CA 95834** | **07/16/09** | **$400.00** | **$55,284.70** |
| **Trinet** <br> **1100 San Leandro Blvd.** <br> **Suite 300** <br> **San Leandro, CA 94577** | **07/16/09** | **$14,392.59** | **$0.00** |
| **Sanjay Israni** <br> **570 Avocet #8208** <br> **Redwood City, CA 94065** | **07/15/09** | **$500.00** | **$1,000.00** |
| **AeroTek** <br> **Attn: Lock Box 198531** <br> **Power Shippers #222390818** <br> **College Park, GA 30349** | **07/13/09** | **$500.00** | **$3,762.02** |
| **Bank of America - Business Card** <br> **PO Box 15710** <br> **Wilmington, DE 19886-5710** | **07/09/09** | **$238.15** | **$9,756.45** |
| **Wells Fargo Business Direct** <br> **P.O. Box 348750** <br> **Sacramento, CA 95834** | **07/09/09** | **$400.00** | **$55,284.70** |
| **Vikram Sharma** <br> **20 Midcrest Way** <br> **San Francisco, CA 94131** | **07/08/09** | **$2,500.00** | **$6,750.00** |
| **De Lage Landen, FS** <br> **1111 Old Eagle School Rd.** <br> **Wayne, PA 19087** | **07/06/09** | **$13,261.29** | **$318,591.75** |
| **Invitrogen** <br> **c/o Bank of America** <br> **12088 Collection Center Dr.** <br> **Chicago, IL 60693** | **07/03/09** | **$560.19** | **$845.43** |
| **Roseryan** <br> **35473 Dumbarton Court** <br> **Newark, CA 94560** | **07/03/09** | **$617.50** | **$20,081.25** |
| **E & K Scientific Products, Inc.** <br> **3575 Thomas Road** <br> **Santa Clara, CA 95054-2040** | **07/02/09** | **$400.00** | **$3,090.90** |
| **DLA Piper LLP (US)** <br> **2000 University Avenue** <br> **East Palo Alto, CA 94303-2248** | **07/02/09** | **$500.00** | **$4,738.00** |
| **AeroTek** <br> **Attn: Lock Box 198531** <br> **Power Shippers #222390818** <br> **College Park, GA 30349** | **07/01/09** | **$500.00** | **$3,762.02** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Pentech Financial Services, Inc.** PO Box 712320 Cincinnati, OH 45271-2320 | **07/01/09** | **$1,182.58** | **$23,469.67** |
| **De Lage Landen, FS** 1111 Old Eagle School Rd. Wayne, PA 19087 | **07/01/09** | **$13,195.63** | **$318,591.75** |
| **Menlo Business Park, LLC** c/o Tarlton Properties 955 Alma Street Palo Alto, CA 94301 | **07/01/09** | **$14,852.60** | **$50,536.70** |
| **WellsFargo Business Card Visa** WF Business Direct P.O. Box 348750 Sacramento, CA 95834 | **06/30/09** | **$390.00** | **$34,956.68** |
| **GE HealthCare Bio-Science Corp** 800 Centennial Ave PO Box 1327 Piscataway, NJ 08855 | **06/30/09** | **$2,500.00** | **$31,637.00** |
| **WellsFargo Business Card Visa** WF Business Direct P.O. Box 348750 Sacramento, CA 95834 | **06/30/09** | **$500.00** | **$34,956.68** |
| **Trinet** 1100 San Leandro Blvd. Suite 300 San Leandro, CA 94577 | **06/30/09** | **$14,404.79** | **$0.00** |
| **AeroTek** Attn: Lock Box 198531 Power Shippers #222390818 College Park, GA 30349 | **06/25/09** | **$500.00** | **$3,762.02** |
| **Applied Biosystems** 850 Lincoln Center Drive Foster City, CA 94404 | **06/25/09** | **$2,000.00** | **$102,426.25** |
| **WellsFargo Business Card Visa** WF Business Direct P.O. Box 348750 Sacramento, CA 95834 | **06/25/09** | **$300.00** | **$34,956.68** |
| **The Hartford** P O Box 2907 Hartford, CT 06104-2907 | **06/24/09** **amount owing is unknown** | **$822.92** | **$0.00** |
| **Praxair Distribution Inc** Dept LA 21511 Pasadena, CA 91185-1511 | **06/23/09** | **$261.13** | **$363.10** |
| **Roseryan** 35473 Dumbarton Court Newark, CA 94560 | **06/23/09** | **$522.50** | **$20,081.25** |
| **Eurofins MWG Operon** 2211 Seminole Drive Huntsville, AL 35805 | **06/22/09** | **$158.57** | **$299.92** |
| **Invitrogen** c/o Bank of America 12088 Collection Center Dr. Chicago, IL 60693 | **06/22/09** | **$299.31** | **$845.43** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Wells Fargo** | **06/22/09** service charge | **$61.71** | **$0.00** |
| **Puget Sound Leasing Co., Inc.** PO Box 1295 Issaquah, WA 98027 | **06/19/09** | **$1,294.39** | **$25,570.56** |
| **Teknova,Inc.** 2290 Bert Court Hollister, CA 95023 | **06/18/09** | **$119.42** | **$1,252.52** |
| **Covad** 2220 O'Toole Ave. Attn: Finance/Billing San Jose, CA 95131 | **06/18/09** | **$295.00** | **$889.43** |
| **AeroTek** Attn: Lock Box 198531 Power Shippers #222390818 College Park, GA 30349 | **06/18/09** | **$1,000.00** | **$3,762.02** |
| **Trinet** 1100 San Leandro Blvd. Suite 300 UT 84577 | **06/17/09** | **$14,308.75** | **$0.00** |
| **E & K Scientific Products, Inc.** 3575 Thomas Road Santa Clara, CA 95054-2040 | **06/12/09** | **$800.00** | **$3,090.90** |
| **Roseryan** 35473 Dumbarton Court Newark, CA 94560 | **06/10/09** | **$522.50** | **$20,081.25** |
| **AeroTek** Attn: Lock Box 198531 Power Shippers #222390818 College Park, GA 30349 | **06/09/09** | **$1,000.00** | **$3,762.02** |
| **Wells Fargo Business Direct** P.O. Box 348750 Sacramento, CA 95834 | **06/08/09** | **$400.00** | **$55,284.70** |
| **Bank of America - Business Card** PO Box 15710 Wilmington, DE 19886-5710 | **06/03/09** | **$235.18** | **$9,756.45** |
| **Covad** 2220 O'Toole Ave. Attn: Finance/Billing San Jose, CA 95131 | **06/03/09** | **$295.00** | **$889.43** |
| **GE HealthCare Bio-Science Corp** 800 Centennial Ave PO Box 1327 Piscataway, NJ 08855 | **06/03/09** | **$2,500.00** | **$31,637.00** |
| **AeroTek** Attn: Lock Box 198531 Power Shippers #222390818 College Park, GA 30349 | **06/02/09** | **$1,000.00** | **$3,762.02** |
| **Trinet** 1100 San Leandro Blvd. Suite 300 San Leandro, CA 94577 | **06/02/09** | **$14,320.89** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Solazyme, Inc.<br>561 Eccles Avenue<br>South San Francisco, CA 94080 | 06/02/09 | $23,075.00 | $46,150.00 |
| WellsFargo Business Card Visa<br>WF Business Direct<br>P.O. Box 348750<br>Sacramento, CA 95834 | 06/01/09 | $714.00 | $34,956.68 |
| Pentech Financial Services, Inc.<br>PO Box 712320<br>Cincinnati, OH 45271-2320 | 06/01/09 | $1,182.58 | $23,469.67 |
| WellsFargo Business Card Visa<br>WF Business Direct<br>P.O. Box 348750<br>Sacramento, CA 95834 | 06/01/09 | $800.00 | $34,956.68 |
| The Hartford<br>P O Box 2907<br>Hartford, CT 06104-2907 | 05/26/09<br>amount still owing is unknown | $822.92 | $0.00 |
| Menlo Business Park, LLC<br>c/o Tarlton Properties<br>955 Alma Street<br>Palo Alto, CA 94301 | 05/22/09 | $11,450.29 | $50,536.70 |
| Wells Fargo | 05/20/09<br>service charge | $29.37 | $0.00 |
| US Bank Manifest Funding<br>1450 Channel Parkway<br>Marshall, MN 56258 | 05/19/09 | $1,054.77 | $23,505.17 |
| Puget Sound Leasing Co., Inc.<br>PO Box 1295<br>Issaquah, WA 98027 | 05/19/09 | $1,284.39 | $25,570.56 |
| Trinet<br>1100 San Leandro Blvd.<br>Suite 300<br>San Leandro, CA 94577 | 05/19/09 | $14,308.72 | $0.00 |
| De Lage Landen, FS<br>1111 Old Eagle School Rd.<br>Wayne, PA 19087 | 05/18/09 | $13,311.95 | $318,591.75 |
| Wells Fargo Business Direct<br>P.O. Box 348750<br>Sacramento, CA 95834 | 05/18/09 | $400.00 | $55,284.70 |
| Trinet<br>1100 San Leandro Blvd.<br>Suite 300<br>San Leandro, CA 94577 | 8/14/09 | $10,458.05 | $0.00 |
| Trinet<br>1100 San Leandro Blvd.<br>Suite 300<br>San Leandro, CA 94577 | 8/12/09 | $4,912.27 | $0.00 |
| State Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279-8056 | 8/13/09 | $2,000.00 | $3,018.00 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Roseryan** **35473 Dumbarton Court** **Newark, CA 94560** | **8/14/09** | **$300.00** | **$20,081.25** |
| **Roseryan** **35473 Dumbarton Court** **Newark, CA 94560** | **8/18/09** | **$300.00** | **$20,081.25** |
| **Certified Scientific Instruments, Inc.** **2699 Spring Street** **Redwood City, CA 94063** | **8/7/09** | **$6,057.54** | **$0.00** |
| **ATM withdrawal** | **8/5/09 (withdrawal for shipping samples back to clients)** | **$200.00** | **$0.00** |

None ☐   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Robert A. Feldman** **319 Cabrillo Ave.** **Santa Cruz, CA 95065** **President & CEO** | **08/18/2008 ($100), 09/29/2008 ($510.00), 10/31/2008 ($400.00), 11/16/2008 ($300.00), 11/17/2008 ($200.00), 12/15/2008 ($600.00), 12/30/2008 ($396.00), 12/31/2008 ($3,200.00), 01/15/2009 ($295.74), 02/02/2009 ($538.48), 02/16/2009 ($301.24), 03/20/2009 ($300.00), 04/20/2009 ($300.00), 05/18/2009 ($400.00), 06/30/2009 ($1,000.00), 07/16/2009 ($400.00); all of the above were for loan repayments** | **$9,241.46** | **$118,399.09** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ■   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Law Offices of William C. Lewis** **510 Waverley Street** **Palo Alto, CA 94301** | **8/5/09** | **$7,500.00** |

**10. Other transfers**

None
■
    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■
    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■
    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■
    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐
    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| De Lage Landen, FS<br>1111 Old Eagle School Rd.<br>Wayne, PA 19087 | 2 ABI 3730xl DNA sequencing instruments and accessories ($80,000.00 each); total value $160,000 | 1455 Adams Drive, Menlo Park, CA |

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **US Bank Manifest Funding**<br>**1450 Channel Parkway**<br>**Marshall, MN 56258** | **MegaBACE 4000 and accessories;**<br>**$4,000.00** | **1455 Adams Drive, Menlo Park, CA** |
| **Puget Sound Leasing Co., Inc.**<br>**PO Box 1295**<br>**Issaquah, WA 98027** | **MegaBACE 4000 and accessories;**<br>**$4,000.00** | **Puget Sound Leasing Company**<br>**PO Box 1295**<br>**Issaquah, WA 98027** |
| **Pentech Financial Services, Inc.**<br>**PO Box 712320**<br>**Cincinnati, OH 45271** | **MegaBACE 4000 and accessories;**<br>**$4,000.00** | **1455 Adams Drive, Menlo Park, CA** |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Roseryan**<br>**35473 Dumbarton Court**<br>**Newark, CA 94560** | **2007-2009** |
| **Donald G. Lazar, CPA**<br>**22634 Second Street, Suite 210**<br>**Hayward, CA 94541** | **2007-2009** |

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Roseryan** | **35473 Dumbarton Court** |
| | **Newark, CA 94560** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS             DATE ISSUED

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|------|------|------|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|------|------|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------|------|------|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------|------|------|
| **Robert A. Feldman** | **President and CEO** | **100%** |
| **319 Cabrillo Ave.** | | |
| **Santa Cruz, CA 95065** | | |

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|------|------|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------|------|------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Robert A. Feldman<br>319 Cabrillo Ave.<br>Santa Cruz, CA 95065<br>  President and CEO** | **26 bi-weekly salary payments of $3,692.30 each were made during the past year; date of last payment was 8/14/09** | **$96,000 as annual compensation** |
| **Robert A. Feldman<br>319 Cabrillo Ave.<br>Santa Cruz, CA 95065<br>  President and CEO** | **8/14/09; PTO compensation** | **$4,000.00** |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND            TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

 Date  **August 19, 2009**     Signature  **/s/ Robert A. Feldman, Ph.D.**
                         **Robert A. Feldman, Ph.D.**
                         **President and CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court

## Northern District of California

In re **SymBio Corporation**                             Case No. _____

                               Debtor(s)            Chapter    **7**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.    The undersigned is the attorney for the debtor(s) in this case.

2.    The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   - a)    For legal services rendered or to be rendered in contemplation of and in connection with this case .......................................................................... $           **7,500.00**
   - b)    Prior to the filing of this statement, debtor(s) have paid ......................... $           **7,500.00**
   - c)    The unpaid balance due and payable is ................................................ $           **0.00**

3.    $ **299.00** of the filing fee in this case has been paid.

4.    The Services rendered or to be rendered include the following:
   - a.    Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   - b.    Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   - c.    Representation of the debtor(s) at the meeting of creditors.

5.    The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.    The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.    The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.    The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:    **August 19, 2009**                        Respectfully submitted,

                                             **/s/ William C. Lewis, Esq.**

                                             Attorney for Debtor: **William C. Lewis, Esq. 77193**
                                             **Law Offices of William C. Lewis**
                                             **510 Waverley St.**
                                             **Palo Alto, CA 94301**
                                             **650-322-3300  Fax: 650-327-9720**
                                             **wclewis@williamclewis.com**

# United States Bankruptcy Court
## Northern District of California

In re    **SymBio Corporation**          Case No. _____

                        Debtor(s)      Chapter    **7** _____

## CREDITOR MATRIX COVER SHEET

       I declare that the attached Creditor Mailing Matrix, consisting of __14__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:    **August 19, 2009**             **/s/ William C. Lewis, Esq.** _____

                                         Signature of Attorney
                                         **William C. Lewis, Esq. 77193**
                                         **Law Offices of William C. Lewis**
                                         **510 Waverley St.**
                                         **Palo Alto, CA 94301**
                                         **650-322-3300   Fax: 650-327-9720**

Adimab, Inc.
Attn: Errik Anderson
VP Operations and Finance
16 Cavendish Ct.
Lebanon, NH 03766


Advanced Chemical Transport, Inc
1210 Elko Drive
Sunnyvale, CA 94089-2210


Advanced Chemical Transport, Inc.
1210 Elko Drive
Sunnyvale, CA 94089-2210


AeroTek
Attn: Lock Box 198531
Power Shippers #222390818
College Park, GA 30349


Aerotek Inc.
3689 Collection Ctr. Dr.
Chicago, IL 60693


Alec Manoukian
PO Box 60282
Sunnyvale, CA 94088


Andrew Bergen
Center for Health Sciences
SRI International
333 Ravenswood Ave.
Menlo Park, CA 94025


Anne O. Summers, Ph.D.
Professor, Dept. of Microbiology
University of Georgia
263 Biological Sciences Building
Athens, GA 30602-2605

Applied Biosystems
850 Lincoln Center Drive
Foster City, CA 94404


Applied Biosystems
PO Box 88976
Chicago, IL 60695-1976


AT&T
Payment Center
Sacramento, CA 95887-0001


Avantome
2682 Middlefield Road
Suite 1
Redwood City, CA 94063


Bank of America - Business Card
PO Box 15710
Wilmington, DE 19886-5710


Barbara Sterry
Executive Director, Office of Grants
Nova Southeastern University
3301 College Ave.
Fort Lauderdale, FL 33314


Bayfront Fitness
161 Constitution Drive
Menlo Park, CA 94025


Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-8056

Brian Heffernan
Business Tax Representative
State Board of Equalization
121 Spear St., Suite 460
San Francisco, CA 94105


C. P. Construction
Div. of C. P. Enterprisess, Inc.
6662 Mayhews Landing Road
Newark, CA 94560


CA-Attorney General
1300 I Street
Sacramento, CA 95814


CA-Board of Equalization
Attn: Collection Unit Mic 29
PO Box 942879
Sacramento, CA 94279-0001


CA-Dept of Motor Vehicles
PO Box 932382
Sacramento, CA 94244-3820


CA-EDD
Bankruptcy Special Procedures
Group Mic 92-E
PO Box 826900
Sacramento, CA 94280-0001


CA-Franchise Tax Board
Bankruptcy Unit MS G-11
PO Box 2952
Sacramento, CA 95812-2952


Centers for Disease Control &Prevention
Procurement and Grants Office
Acquisition & Assistance Branch B
2920 Brandywine Road
Atlanta, GA 30341-5539

Cheryl Bopp, MS
Unit Chief, Epidemic Investigations Lab
Centers for Disease Control & Prevention
1600 Clifton Road, MS C03
Atlanta, GA 30333


Chris Detter
3604 Arizona Ave
Los Alamos, NM 87544


City of Menlo Park
701 Laurel Street
Menlo Park, CA 94025-3483


Codexis, Inc.
Attn: Douglas T. Sheehy
200 Penobscot Drive
Redwood City, CA 94063


Codexis, Inc.
Attn: Douglas T. Sheehy
200 Penobscot Drive
Redwood City, CA 94063


Covad
2220 O'Toole Ave.
Attn: Finance/Billing
San Jose, CA 95131


De Lage Landen, FS
1111 Old Eagle School Rd.
Wayne, PA 19087


DeLage Landen
PO Box 41602
Philadelphia, PA 19101-1601

Denali Ventures LLC
1524 Centre Pointe Drive
Milpitas, CA 95035


DLA Piper LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2248


DLA Piper LLP (US)
PO Box 64029
Baltimore, MD 21264-4029


DNA 2.0 Inc.
1430 O'Brien Drive
Suite E
Menlo Park, CA 94025


Dr. Jose Lopez
Associate Professor
Nova Southeatern University
8000 North Ocean Drive
Dania Beach, FL 33004


E & K Scientific Products, Inc.
3575 Thomas Road
Santa Clara, CA 95054-2040


Eurofins MWG  Operon
2211 Seminole Drive
Huntsville, AL 35805


Eurofins MWG Operon
13489 Collections Center
Chicago, IL 60693

Gary B. Nunn
7545 La Jolla Blvd.
La Jolla, CA 92037


GE HealthCare Bio-Science Corp
800 Centennial Ave
PO Box 1327
Piscataway, NJ 08855


Genome Project Solutions
Attn: Jeffrey Boore, CEO
1024 Promenade Street
Hercules, CA 94547


Gerard Deckert
241 S. Sierra Ave
Solana Beach, CA 92075


Global Solutions for Infectious Diseases
830 Dubuque Avenue
South San Francisco, CA 94080


Heller Erhman
File No 73536
P O Box 60000
San Francisco, CA 94160-3536


Ina Feldman
128 Emerson Drive
Schaumburg, IL 60194


Invitrogen
c/o Bank of America
12088 Collection Center Dr.
Chicago, IL 60693

ISC BioExpress
PO Box 511091
Salt Lake City, UT 84151-1091


J Miller
University of Hull
Cottingham Road
HU6 7RX
Hull, UNITED KINGDOM


Kansas State University
Dept of Plant Pathology
4024 Throckmorton Plant Sciences Center
Manhattan, KS 66506-5502


LaVonne Young
1450 College Ave
Palo Alto, CA 94306


Lee Buffington
Tax Collector
San Mateo County
555 County Center, 1st Floor
Redwood City, CA 94063


Mark McMullan
University of Hull
Cottingham Road HU6 7RX
UNITED KINGDOM


Matrix Technologies Corp
2299 Collections Center Drive
Chicago, IL 60693


Menlo Business Park, LLC
c/o Tarlton Properties
955 Alma Street
Palo Alto, CA 94301

Microchip Biotechnologies Inc.
Stevan Jovanovich
6693 Sierra Lane, Suite F
Dublin, CA 94568-2663


Nova Southeastern University
Office of Grants and Contracts
Nova Southeastern University
3301 College Ave
Fort Lauderdale, FL 33314


Panorama Research Inc.
1230 Bordeaux Dr.
Sunnyvale, CA 94089


Panorama Research, Inc.
2462 Wyandotte St.
Mountain View, CA 94043


Patricia A. Gates
Assistant Director, Federal Projects
University of California
2151 Shattuck Ave. Suite 313
Berkeley, CA 94720-5940


Payment Remittance Center
PO Box 54349
Los Angeles, CA 90054-0349


Pentech Financial
PO Box 712320
Cinncinnati, OH 45271-2320


Pentech Financial Services, Inc.
PO Box 712320
Cincinnati, OH 45271-2320

Praxair Distribution Inc
Dept LA 21511
Pasadena, CA 91185-1511


Professor Brent Mishler
University of California
1001 Valley Life Sciences Building
Mail Code 2465
Berkeley, CA 94720-2465


Promega
2800 Woods Hollow Road
Madison, WI 53711-5399


Promega
PO Box 689768
Milwaukee, WI 53268-9768


Puget Sound Leasing Co., Inc.
PO Box 1295
Issaquah, WA 98027


Puget Sound Leasing Company
PO Box 1295
Issaquah, WA 98027-1295


Qiagen, Inc.
27220 Turnberry Lane
Suite 200
Valencia, CA 91355-1005


Qiagen, Inc.
File No. 54370
Los Angeles, CA 90074-4370

Research Corp. of Univ. of Hawaii
2800 Woodlawn Drive
Suite 200
Honolulu, HI 96822


Robert A. Feldman
319 Cabrillo Ave.
Santa Cruz, CA 95065


Roseryan
35473 Dumbarton Court
Newark, CA 94560


San Mateo County Assessor
555 County Center, 3rd Floor
Redwood City, CA 94063


Sanjay Israni
570 Avocet #8208
Redwood City, CA 94065


SeqGen, Inc.
1725 Del Amo Blvd.
Torrance, CA 90501


Solazyme, Inc.
561 Eccles Avenue
South San Francisco, CA 94080


SRI International
Attn: Mary Morgante
333 Ravenswood Ave.
Menlo Park, CA 94025

Svetlana Shishkova
Instituto de Biotecnologia- UNAM
Av. Universidad 2001, Col. Chamilpa
C.P. 62210
Cuernavaca, Mor. Mexico


SwitchGear Genomics
1455 Adams Drive
Menlo Park, CA 94025


Teknova,Inc.
2290 Bert Court
Hollister, CA 95023


The Hartford
P O Box 2907
Hartford, CT 06104-2907


The Hartford
P O Box 2907
Hartford, CT 06104-2907


The University of Georgia
Procurement Office
424 East Broad Street
Athens, GA 30602-4223


The University of Iowa
2 Gilmore Hall
Iowa City, IA 52242


ThermoFisher Scientific
Matrix Technologies, LLC
22 Friars Drive
Hudson, NH 03051

ThermoFisher Scientific
2299 Collections Center Drive
Chicago, IL 60693


U.S. Bank Manifest Funding Services
1450 Channel Parkway
Marshall, MN 56258


U.S. Bank Manifest Funding Services
PO Box 790448
Saint Louis, MO 63179-0448


UNAM
Svetlana Shishkova
Instituto de Biotecnologia
Av. Universidad 2001, Col. Chamilpa
CP 62210, Cuernavaca, MX 04510


UNAM-Instituto de Biotecnologia
Svetlana Shikova
Ciudad Universitaria, Delegacion Coyoa
C. Postal 04510 Mexico D.F.
MEXICO


Univ. of Hull
J. Miller
Cottingham Road
Hull, HU6 7RX
Hull, United Kingdom


University of California Berkeley
Sponsored Projects Office
2151 Shattuck Avenue, Suite 313
Mail Code 5940
Berkeley, CA 94720-5940


US Bank Manifest Funding
1450 Channel Parkway
Marshall, MN 56258

US-Attorney
650 Capital Mall #3305
Sacramento, CA 95814


US-Attorney General
Dept. of Justice Tax Div
Main Justice Building
10th St. & Constitution Ave. NW
Washington, DC 20530


US-Attorney Tax Division
450 Golden Gate Ave 10th Fl
PO Box 36055
San Francisco, CA 94102


US-Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001


US-Dept. of Justice
Attorney General Civil
Trial Section - Western Region
P.O. Box 683 Ben Franklin Station
Washington, DC 20044


US-IRS
PO Box 21126
Stop N781
Philadelphia, PA 19114


US-IRS District Director
450 Golden Gate Ave
PO Box 36030
San Francisco, CA 94102


US-IRS Special Procedures Function
450 Golden Gate Ave
PO Box 36086
San Francisco, CA 94102

Vikram Sharma
20 Midcrest Way
San Francisco, CA 94131


Wells Fargo Business Direct
P.O. Box 348750
Sacramento, CA 95834


WellsFargo Business Card Visa
WF Business Direct
P.O. Box 348750
Sacramento, CA 95834

# United States Bankruptcy Court
## Northern District of California

In re   **SymBio Corporation**

Case No. _____

Debtor(s)

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **SymBio Corporation** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 19, 2009**

Date

/s/ William C. Lewis, Esq.

**William C. Lewis, Esq. 77193**

Signature of Attorney or Litigant

Counsel for   **SymBio Corporation**

**Law Offices of William C. Lewis**

**510 Waverley St.**
**Palo Alto, CA 94301**
**650-322-3300 Fax:650-327-9720**
**wclewis@williamclewis.com**